UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC LAVONNE DOUGLAS,     PLAINTIFF

V.     CIVIL ACTION NO. 3:19-CV-894-RPM

CHARLOTTE DIXON, ET AL.     DEFENDANTS

### FINAL JUDGMENT

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, this the 29th day of March 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE